**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LAMONT BROWN,**<br><br>     **Plaintiff,**<br><br>   **-v-**<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>     **Defendants.** | **Civil Case Number: 1:24-cv-01352-VMC-JEM** |

**NOTICE OF SETTLEMENT AS TO**
**TRANS UNION, LLC**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **TRANS UNION, LLC** **only** in this action. The parties anticipate that the performance of the terms of the settlement agreements will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against **TRANS UNION, LLC** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:   September 23, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*